**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | |
| **VITAL PHARMACEUTICALS, INC.,** *et al.*, | **Chapter 11 Cases** |
| Debtors.[1] | Case No. 22-17842-PDR |
| _____/ | **(Jointly Administered)** |
| **VITAL PHARMACEUTICALS, INC., and JHO INTELLECTUAL PROPERTY HOLDINGS, LLC,** | |
| Plaintiffs, | |
| v. | |
| **ORANGE BANG, INC., and MONSTER ENERGY COMPANY,** | Adv. Pro. No. 23-01031 |
| Defendants. | |
| _____/ | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

**TO THE PLAINTIFFS, THEIR ATTORNEYS OF RECORD, AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that pursuant to Bankruptcy Rules 2002 and 9007 and Bankruptcy Code Sections 102(1) and 342, Nir Maoz and KTBS Law LLP (the "Firm"), as counsel for Defendant Orange Bang, Inc., request that all notices given or required to be given in the above-referenced case (including, without limitation, all papers filed and served in the Debtors' main

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

bankruptcy case and all adversary proceedings in this case, and all notices mailed only to statutory committees and to creditors who file with the court their request that all notices be mailed to them) be given to and served upon the Firm at the following address:

> Nir Maoz, Esq.
> KTBS Law LLP
> 1801 Century Park East
> Twenty-Sixth Floor
> Los Angeles, California 90067
> Telephone:  (310) 407-4000
> Email:  nmaoz@ktbslaw.com

Notice is further given that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, telex or otherwise that affect the above-captioned debtors or the property of such debtors or the debtors' estates.

Dated:  February 18, 2023                KTBS LAW LLP

*/s/ Nir Maoz*
Nir Maoz
1801 Century Park East
Twenty-Sixth Floor
Los Angeles, California 90067
Telephone:  (310) 407-4000
Email:  nmaoz@ktbslaw.com

*Counsel for Orange Bang, Inc.*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance was served via CM/ECF transmission on all parties currently on the list to receive e-mail notice/service for this case, on this 18th day of February 2023.

                                                By: */s/ Nir Maoz*
                                                       Nir Maoz