**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

**In re:**

| | |
|---|---|
| **KC FXE AVIATION INVESTMENTS, LLC,** and **TERMINAL VENTURES, LLC,** | Case No.: 22-19815-SMG (Jointly Administered) |
| | Chapter 11 |
| **Debtors.** _____/ | |
| **VITAL PHARMACEUTICALS, INC.,** and **JHO INTELLECTUAL PROPERTY HOLDINGS, LLC,** | Adv. Pro. No. 23-01031-PDR |
| **Plaintiffs,** | |
| v. | |
| **ORANGE BANG, INC.,** and **MONSTER ENERGY COMPANY,** | |
| **Defendants.** _____/ | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

**TO ALL PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rules 2002 and 9007 and Bankruptcy Code Sections 102(1) and 342, G. Steven Fender, Esq. and Fender, Bolling and Paiva, P.A. (the "Firm"), hereby files an appearance as counsel for Defendant Orange Bang, Inc, and request that all notices given or required to be given in the above-referenced case be given to and served upon the Firm at the following address:

G. Steven Fender, Esq.
**Fender, Bolling and Paiva, P.A.**
P.O. Box 1545
Ft. Lauderdale, FL 33302
Telephone: (407) 810-2458
Email: steven.fender@fender-law.com

Notice is further given that the foregoing request includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, telex or otherwise.

**Dated: February 20, 2023**

**FENDER, BOLLING AND PAIVA, P.A.**

*/s/ G. Steven Fender*
G. Steven Fender, Esq.
Florida Bar No. 060992
*Attorney for Defendant Orange Bang, Inc.*
P.O. Box 1545
Ft. Lauderdale, FL 33302
Telephone: (407) 810-2458
Email: steven.fender@fender-law.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Appearance was served via CM/ECF transmission on all parties currently on the list to receive e-mail notice/service for this case, on this 20th day of February, 2023.

By: */s/ G. Steven Fender*
     G. Steven Fender