

ORDERED in the Southern District of Florida on February 21, 2023.



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.* | Case No. 22-17842-PDR (Jointly Administered) |
| Debtors.[1] _____/ | |
| VITAL PHARMACEUTICALS, INC., and JHO INTELLECTUAL PROPERTY HOLDINGS, LLC, | |
| Plaintiffs, | |
| v. | Adv. Pro No. 23-01031-PDR |
| ORANGE BANG, INC., and MONSTER ENERGY COMPANY, | |
| Defendants. _____/ | |

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

11938315-1

**ORDER GRANTING PLAINTIFFS' MOTION (I) TO FILE REDACTED VERSION OF FINAL ARBITRATION AWARD (EXHIBIT 2 TO DECLARATION OF ELIZABETH A. MORRIS IN SUPPORT OF DEBTORS' MOTION FOR SUMMARY JUDGMENT AND INCORPORATED MEMORANDUM OF LAW); AND (II) TO FILE UNREDACTED VERSION OF FINAL ARBITRATION AWARD UNDER SEAL**

**THIS MATTER** came before the Court upon the *Plaintiff's Motion (I) to File Redacted Version of Final Arbitration Award (Exhibit 2 to Declaration of Elizabeth A. Morris in Support of Debtors' Motion for Summary Judgment and Incorporated Memorandum of Law); and (II) to File Unredacted Version of Final Arbitration Award Under Seal* (the "Motion") [ECF No. 4] filed by Plaintiffs, Vital Pharmaceuticals, Inc. and JHO Intellectual Property Holdings, LLC (collectively, the "Plaintiffs"). The Motion seeks entry of an order authorizing Plaintiffs to file a redacted version of the Award[2] (which is Exhibit 2 to the Declaration of Elizabeth A. Morris in Support of Debtors' Motion for Summary Judgment and Incorporated Memorandum of Law), and to file the Unredacted Award under seal. The Court, having considered the Motion and upon review of the record before the Court, including the legal and factual bases set forth in the Motion, good and sufficient cause exists to grant the relief requested. Accordingly, it is

**ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Plaintiffs are authorized to file a redacted version of the Award, which is Exhibit 2 to the Declaration of Elizabeth A. Morris in Support of Debtors' Motion for Summary Judgment and Incorporated Memorandum of Law.

3. Plaintiffs are authorized to file the Unredacted Award under seal in accordance with Local Rule 5005-1.

4. The Unredacted Award shall be maintained under seal even after the administrative

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion.
11938315-1

closing of these chapter 11 cases, or in any converted chapter 7 cases of the Debtors.

     5.     The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

11938315-1