*Vital Pharmaceuticals, Inc. and JHO Intellectual Property Holdings, LLC v.*
*Orange Bang, Inc. and Monster Energy Company; Adv. No. 23-01031-PDR*

## CERTIFICATE OF SERVICE

I, Jordi Guso, certify that service of the:

- *Debtors' Adversary Complaint for Declaratory Judgment* [ECF No. 1];

- *Motion for Summary Judgment and Incorporated Memorandum of Law* [ECF No. 2];

- *Declaration of Elizabeth A. Morris in Support of Debtors' Motion for Summary Judgment and Incorporated Memorandum of Law* [ECF No. 3];

- *Plaintiffs' Motion (I) to File Redacted Version of Final Arbitration Award (Exhibit 2 to Declaration of Elizabeth A. Morris in Support of Debtors' Motion for Summary Judgment and Incorporated Memorandum of Law); and (II) to File Unredacted Version of Final Arbitration Award Under Seal* [ECF No. 4];

- *Summons and Notice of Scheduling Conference in an Adversary Proceeding* [ECF No. 8];

- *Order Setting Scheduling Conference and Establishing Procedures and Deadlines* [ECF No. 9]; and

- *Order Granting Plaintiffs' Motion (I) to File Redacted Version of Final Arbitration Award (Exhibit 2 to Declaration of Elizabeth A. Morris in Support of Debtors' Motion for Summary Judgment and Incorporated Memorandum of Law); and (II) to File Unredacted Version of Final Arbitration Award Under Seal* [ECF No. 10];

was made on February 22, 2023, by:

☒ Mail service: Regular, first class United States mail, and Certified Mail, Return Receipt Requested, postage fully pre-paid; postage fully pre-paid, addressed to:

| | |
|---|---|
| **Orange Bang, Inc.** | **Monster Energy Company** |
| **Attn.: David Fox, Agent** | **Attn.: The Prentice Hall Corporation System, Inc.,** |
| **13115 Telfair Ave.** | **Registered Agent** |
| **Sylmar, CA 91340** | **251 Little Falls Drive** |
| | **Wilmington, DE 19808** |

☒ Mail service: Regular, first class United States mail, postage fully pre-paid; postage fully pre-paid, addressed to:

| | | |
|---|---|---|
| Nir Maoz, Esq. | G. Steven Fender, Esq. | Michael I. Goldberg, Esq. |
| KTBS Law LLP | Fender Bolling and Paiva, P.A. | Eyal Berger, Esq. |
| *Counsel for Orange Bang, Inc.* | *Counsel for Orange Bang, Inc.* | Akerman LLP |
| 1801 Century Park East, 26th Fl. | P.O. Box 1545 | *Counsel for Monster Energy Company* |
| Los Angeles, CA 90067 | Fort Lauderdale, FL 33302 | 201 E. Las Olas Blvd., Ste. 1800 |
| | | Fort Lauderdale, FL 33301 |

Richard M. Pachulski, Esq.
Pachulski Stang Ziehl & Jones LLP
*Counsel for Monster Energy Company*
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067-4003

11919812-1

*Vital Pharmaceuticals, Inc. and JHO Intellectual Property Holdings, LLC v.*
*Orange Bang, Inc. and Monster Energy Company; Adv. No. 23-01031-PDR*

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following office of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing to be true and correct.

| 02/22/2023 | */s/ Jordi Guso* |
|---|---|
| Date | Signature |

| **Print Name:** | Jordi Guso, Esq. |
| | Berger Singerman LLP |
| **Address**: | 1450 Brickell Avenue, Suite 1900 |
| **City:** Miami | **State:** FL    **Zip:** 33131 |

11919812-1