

**ORDERED in the Southern District of Florida on February 27, 2023.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors._____/ | (Jointly Administered) |
| VITAL PHARMACEUTICALS, INC. and JHO INTELLECTUAL PROPERTY HOLDINGS, LLC, | |
| Plaintiffs, v. | Adv. No.: 23-01031-PDR |
| ORANGE BANG, INC., and MONSTER ENERGY COMPANY, | |
| Defendants._____/ | |

**ORDER SETTING BRIEFING SCHEDULE AND ORAL ARGUMENT ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND <u>INCORPORATED MEMORANDUM OF LAW</u>**

**THIS MATTER** having come before the Court upon the *Plaintiff's Motion for Summary*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

*Judgment and Incorporated Memorandum of Law* [ECF No. 2] (the "Summary Judgment Motion") filed by the Plaintiffs/Debtors, Vital Pharmaceuticals, Inc. and JHO Intellectual Property Holdings, LLC (collectively, the "Plaintiffs") on February 17, 2023. The Court, having considered the Plaintiffs' request at a hearing held on February 23, 2023 to consider matters in the Debtors' chapter 11 cases, for the entry of a scheduling order with respect to the Summary Judgment Motion, and the parties having agreed to a briefing schedule and oral argument to consider the Summary Judgment Motion as set forth in this Order, does thereupon

**ORDER** that:

1. The deadline for the Defendants, Orange Bang, Inc. and Monster Energy Company (each a "Defendant" and, collectively, the "Defendants") to file their respective responses to the Summary Judgment Motion is **March 17, 2023**, and the response of each Defendant shall not exceed 25 pages in length.

2. The deadline for the Plaintiffs to file their reply to the Defendants' responses is **March 24, 2023**, and the Plaintiffs' reply shall not exceed 15 pages in length.

3. The Court will conduct oral argument to consider the Summary Judgment Motion, the Defendants' responses, and the Plaintiffs' reply, on **March 29, 2023 at 10:00 a.m. U.S. Courthouse, 299 E. Broward Boulevard, Courtroom 301, Fort Lauderdale, FL 33301**. Oral argument will be limited to one hour in total.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email: jguso@bergersingerman.com
Email: mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*