

ORDERED in the Southern District of Florida on March 7, 2023.



**Peter D. Russin, Judge**
**United States Bankruptcy Court**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

Vital Pharmaceuticals, Inc.,

    Debtor.

_____/

Vital Pharmaceuticals, Inc. et al.,

    Plaintiffs,

v.

Orange Bang, Inc. et al.,

    Defendants.

_____/

Case No. 22-17842-PDR

Chapter 11

Adv. Case No. 23-01031-PDR

**ORDER SETTING BRIEFING SCHEDULE AND HEARING
ON MOTION TO STAY**

**THIS MATTER** came before the Court upon Defendants' *Motion to Stay* (Doc. 18). The Motion to Stay requests an emergency hearing on March 9, 2023. The Court finds such notice is insufficient. The pending *Motion for Summary Judgment* (Doc. 2) is set for hearing on March 29, 2023. Movant has agreed to remain on the same briefing schedule with respect to the Motion for Summary Judgment, so the Court need not rule on Motion to Stay on such short notice. Accordingly, the Court **ORDERS**:

1. Plaintiffs are directed to respond to the Motion by **March 17, 2023**.

2. Defendant may reply to the response on or before **March 20, 2023**.

3. The Court will hold a hearing on the Motion on **March 22, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 299 East Broward Blvd., Courtroom 301, Fort Lauderdale, FL 33301. Although the Court will conduct the hearing in person, the Court's webpage (https://www.flsb.uscourts.gov/judges/judge-peter-d-russin) has specific guidelines regarding requirements and procedures for appearing remotely.

###

Copies To:
All parties in interest.