UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE:<br><br>VITAL PHARMACEUTICALS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11 Case<br>Bankr. Case No. 22-17842 (PDR)<br>(Jointly Administered) |
| VITAL PHARMACEUTICALS, INC., and JHO INTELLECTUAL PROPERTY HOLDINGS, LLC,<br><br>Plaintiffs,<br>v.<br><br>ORANGE BANG, INC., and MONSTER ENERGY COMPANY,<br>Defendants. | Bankr. Adv. Pro. No. 23-01031 (PDR) |

**MONSTER ENERGY COMPANY AND ORANGE BANG, INC.'S
<u>DESIGNATION OF RECORD</u>**

Defendants Monster Energy Company and Orange Bang, Inc. ("Defendants"), by and through undersigned counsel, and pursuant to Bankr. S.D. Fla. Local Rule 5011-1(B) and S.D. Fla. Local Rule 87.3, hereby submit the following Designation of Record in support of their Motion to Withdraw the Reference and Transfer Venue of Adversary Proceeding to Central District of California [ECF No. 17]:

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, EEC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicom Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

69141641;1

1. [ECF No. 1] Adversary Complaint for Declaratory Judgment

2. [ECF No. 2] Plaintiffs' Motion for Summary Judgment and Incorporated Memorandum of Law

3. [ECF No. 3] Declaration of Elizabeth A. Morris In Support Of Debtors' Motion for Summary Judgment and Incorporated Memorandum of Law

4. [ECF No. 3-1] Exhibit 1 to Morris Declaration (Settlement Agreement, dated August 11, 2010)

5. [ECF No. 3-2] Exhibit 2 to Morris Declaration (redacted version of Final Arbitration Award in *Orange Bang, Inc. v. Vital Pharmaceuticals, Inc.*, AAA Case No. 01-20-0005-6081, dated April 4, 2022; unredacted version filed at ECF No. 11)

6. [ECF No. 3-3] Exhibit 3 to Morris Declaration (Demand for Arbitration in *Orange Bang, Inc. v. Vital Pharmaceuticals, Inc.*, AAA Case No. 01-20-0005-6081, dated June 16, 2020)

7. [ECF No. 3-4] Exhibit 4 to Morris Declaration (Orange Bang, Inc. and Monster Energy Co.'s Joint Notice of Motion and Motion to Confirm Final Arbitration Award; Memorandum of Points and Authorities, in *Vital Pharmaceuticals, Inc. v. Orange Bang, Inc.*, filed April 6, 2022 in Case No. 5:20-cv-01464-DSF-SHK (C.D. Cal.))

8. [ECF No. 3-5] Exhibit 5 to Morris Declaration (Order Denying Motion to Vacate Arbitration Award; Order Granting Motion to Confirm Final Arbitration Award, in *Vital Pharmaceuticals, Inc. v. Orange Bang, Inc.*, filed June 30, 2022 in Case No. 5:20-cv-01464-DSF-SHK (C.D. Cal.))

9. [ECF No. 3-6] Exhibit 6 to Morris Declaration (Judgment in *Vital Pharmaceuticals, Inc. v. Orange Bang, Inc.*, filed September 29, 2022 in Case No. 5:20-cv-01464-DSF-SHK (C.D. Cal.))

10. [ECF No. 3-7] Exhibit 7 to Morris Declaration (Notice of Appeal in in *Vital Pharmaceuticals, Inc. v. Orange Bang, Inc.*, filed October 28, 2022 in Case No. 5:20-cv-01464-DSF-SHK (C.D. Cal.))

11. [ECF No. 11] Unredacted version of Final Arbitration Award in *Orange Bang, Inc. v. Vital Pharmaceuticals, Inc.*, AAA Case No. 01-20-0005-6081, dated April 4, 2022

12. [ECF No. 14] Order Setting Briefing Schedule and Oral Argument on Plaintiffs' Motion for Summary Judgment and Incorporated Memorandum of Law

13. [ECF No. 17] Defendants' Joint Motion to Withdraw the Reference and Transfer Venue of Adversary Proceeding to Central District of California

14. [ECF No. 18] Defendants' Emergency Joint Motion for Stay of Adversary Proceeding or Continuance of Hearing on Motion for Summary Judgment Pending Decision on Motion to Withdraw Reference and Transfer

Dated: March 8, 2023  **AKERMAN LLP**

*/s/ Michael I. Goldberg*
Michael I. Goldberg, Esq.
Florida Bar No. 886602
Eyal Berger, Esq.
Florida Bar No. 11069
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301
T: (954) 463-2700 /F: (954) 463-2224
michael.goldberg@akerman.com
eyal.berger@akerman.com

-and-

**PACHULSKI STANG ZIEHL & JONES LLP**[2]
Richard M. Pachulski (pro hac vice)
Ira D. Kharasch (pro hac vice)
Robert J. Feinstein (pro hac vice)
Teddy M. Kapur (pro hac vice)
Steven W. Golden (pro hac vice)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
T: (310) 277-6910 /F: (310) 201-0760
rpachulski@pszjlaw.com
ikharasch@pszjlaw.com
rfeinstein@pszjlaw.com
tkapur@pszjlaw.com
sgolden@pszjlaw.com

*Counsel to Monster Energy Company*

*AND*

**FENDER, BOLLING AND PAIVA, P.A.**

*/s/ G. Steven Fender*
G. Steven Fender, Esq.
Fla. Bar No. 060992
P.O. Box 1545
Ft. Lauderdale, FL 33302
T: (407) 810-2458
steven.fender@fender-law.com

-and-

---

[2] Michael I. Goldberg hereby certifies that the undersigned attorneys are appearing *pro hac vice* in this matter pursuant to court orders dated as follows: (i) Teddy M. Kapur, October 14, 2022 [ECF 103]; (ii) Robert J. Feinstein, October 17, 2022 [ECF 133]; (iii) Steven Golden, October 17, 2022 [ECF No. 134]; (iv) Richard M. Pachulski, October 18, 2022 [ECF 158] ; and (v) Ira D. Kharasch, October 18, 2022 [ECF 159].

69141641;1

**KTBS LAW LLP**[3]
Thomas E. Patterson, Esq. (pro hac vice)
Nir Maoz (pro hac vice)
1801 Century Park East
Twenty Sixth Floor
Los Angeles, CA 90067
T: (310) 407-4000
F: (310) 407-9090
tpatterson@ktbslaw.com
nmaoz@ktbslaw.com

*Counsel to Orange Bang, Inc.*

---

[3] G. Steven Fender hereby certifies that the undersigned attorneys are appearing pro hac vice in this matter pursuant to court orders dated as follows: (i) Thomas E. Patterson, November 8, 2022 [ECF 269]; (ii) Nir Maoz, November 8, 2022 [ECF 270].

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 8, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

                */s/ Michael I. Goldberg*