UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE:<br><br>VITAL PHARMACEUTICALS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11 Case<br>Bankr. Case No. 22-17842 (PDR)<br>(Jointly Administered) |
| VITAL PHARMACEUTICALS, INC., and JHO INTELLECTUAL PROPERTY HOLDINGS, LLC,<br><br>Plaintiffs,<br>v.<br><br>ORANGE BANG, INC., and MONSTER ENERGY COMPANY,<br><br>Defendants. | Bankr. Adv. Pro. No. 23-01031 (PDR) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of *Order Setting Briefing Schedule and Hearing on Motion to Stay* [**ECF 19**] was served via CM/ECF Notice of Electronic Filings to those

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, EEC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicom Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

69151230;1

parties registered to receive electronic notices of filing in this case.

Dated: March 8, 2023                           **AKERMAN LLP**

                          */s/ Michael I. Goldberg*
                          Michael I. Goldberg, Esq.
                          Florida Bar No. 886602
                          Eyal Berger, Esq.
                          Florida Bar No. 11069
                          201 East Las Olas Boulevard, Suite 1800
                          Fort Lauderdale, FL 33301
                          T: (954) 463-2700 /F: (954) 463-2224
                          michael.goldberg@akerman.com
                          eyal.berger@akerman.com

                          -and-

                          **PACHULSKI STANG ZIEHL & JONES LLP**[2]
                          Richard M. Pachulski (pro hac vice)
                          Ira D. Kharasch (pro hac vice)
                          Robert J. Feinstein (pro hac vice)
                          Teddy M. Kapur (pro hac vice)
                          Steven W. Golden (pro hac vice)
                          10100 Santa Monica Blvd., 13th Floor
                          Los Angeles, CA 90067-4003
                          T: (310) 277-6910 /F: (310) 201-0760
                          rpachulski@pszjlaw.com
                          ikharasch@pszjlaw.com
                          rfeinstein@pszjlaw.com
                          tkapur@pszjlaw.com
                          sgolden@pszjlaw.com

---

[2] Michael I. Goldberg hereby certifies that the undersigned attorneys are appearing *pro hac vice* in this matter pursuant to court orders dated as follows: (i) Teddy M. Kapur, October 14, 2022 [ECF 103]; (ii) Robert J. Feinstein, October 17, 2022 [ECF 133]; (iii) Steven Golden, October 17, 2022 [ECF No. 134]; (iv) Richard M. Pachulski, October 18, 2022 [ECF 158] ; and (v) Ira D. Kharasch, October 18, 2022 [ECF 159].

69151230;1