UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE:<br><br>VITAL PHARMACEUTICALS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11 Case<br>Bankr. Case No. 22-17842 (PDR)<br>(Jointly Administered) |
| VITAL PHARMACEUTICALS, INC., and JHO INTELLECTUAL PROPERTY HOLDINGS, LLC,<br><br>Plaintiffs,<br>v.<br><br>ORANGE BANG, INC., and MONSTER ENERGY COMPANY,<br><br>Defendants. | Bankr. Adv. Pro. No 23-01031 (PDR) |

**JOINT MOTION OF MONSTER ENERGY COMPANY AND ORANGE BANG, INC. FOR CLARIFICATION OF ORDER SETTING BRIEFING SCHEDULE (ECF NO. 14)**

**Emergency Hearing Requested**

**Request for Emergency Hearing Per Local Rule 9075-1**
**Movants request an emergency hearing on the Motion on March 16, 2023 at 2:30 p.m. An emergency hearing is necessary because this motion requests, in an abundance of caution, clarification of the page limits under the briefing schedule related to a deadline on March 17, 2023. Defendants seek to file a consolidated response for purposes of judicial economy, not to exceed the aggregate page limits allocable to Defendants**

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicom Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

69273263;1

**individual response briefs.  Movants have made a bona fide effort to resolve the matter without hearing, and Plaintiffs oppose the relief requested**.

Monster Energy Company ("Monster") and Orange Bang, Inc. ("Orange Bang" and together with Monster, the "Movants" or "Defendants"), defendants in the above-captioned adversary proceeding commenced by debtors and plaintiffs Vital Pharmaceuticals, Inc. and JHO Intellectual Property Holdings, LLC ("Plaintiffs" and, together with their affiliated debtors, the "Debtors"), hereby move this Court to clarify the *Order Setting Briefing Schedule and Oral Argument on Plaintiff's Motion for Summary Judgment and Incorporated Memorandum of Law* (ECF No. 14), to permit Defendants to file one joint, consolidated response composed of fewer than the aggregate page limitations for each Defendant's response.  In support thereof, Defendants state as follows:

1. On February 17, 2023, Plaintiffs filed their *Adversary Complaint for Declaratory Judgment* (ECF No. 1) and a *Motion for Summary Judgment and Incorporated Memorandum of Law* (ECF No. 2) ("Summary Judgment Motion").

2. On February 27, 2023, the Court entered an *Order Setting Briefing Schedule and Oral Argument on Plaintiff's Motion for Summary Judgment and Incorporated Memorandum of Law* (ECF No. 14) (the "Scheduling Order").

3. The Scheduling Order provides that "the deadline for the Defendants…to file their respective responses to the Summary Judgment Motion is March 17, 2023, and the response of each Defendant shall not exceed 25 pages in length."

4. In the interest of judicial economy, Defendants seek to file a single, joint consolidated response brief to the Summary Judgment Motion of 40 pages or less, which is fewer than the aggregate number of pages for both of Defendants' respective responses.

5.     Defendants believe that the consolidation of the response into a single brief will conserve judicial economy, avoid repetition or incorporation by reference, and streamline the briefing process for all parties, as Plaintiffs will only need to address a single response brief in their reply and it will result in fewer total pages filed.

6.     Prior to the filing of this Motion, Defendants sought Plaintiffs' consent to the relief requested in this Motion and the Plaintiffs stated that they opposed the filing of a single, consolidated response to the Summary Judgment Motion of 45 pages or less and have yet to respond as to whether they would consent to a consolidated brief of 40 pages or less. Accordingly, the Movants have filed this Motion to clarify the Scheduling Order for the purposes of preserving judicial economy. To the extent that the Plaintiffs consent to the relief requested in this Motion prior to any hearing on the Motion, the Defendants will present an Agreed Order granting the relief requested herein for the Court's consideration.

7.     Defendants have jointly moved to withdraw the reference (ECF No. 17), and the request for relief in this Motion is not intended to waive, modify, or otherwise affect the relief sought in such motion. Defendants reserve all rights and remedies with respect to same. The Order Granting the Joint Motion for Clarification of Order Setting Briefing Schedule is attached hereto as Exhibit "A".

**WHEREFORE**, Monster Energy Company and Orange Bang, Inc. respectfully request that the Court enter an Order: (i) clarifying that, under the Scheduling Order, Defendants may file a single, consolidated response brief to the Summary Judgment Motion of no more than 40 pages, and (ii) granting all other further relief as the Court may deem just and proper.

Dated: March 15, 2023

**AKERMAN LLP**

*/s/ Michael I. Goldberg*
Michael I. Goldberg, Esq.
Florida Bar No. 886602
Eyal Berger, Esq.
Florida Bar No. 11069
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301
T: (954) 463-2700 /F: (954) 463-2224
michael.goldberg@akerman.com
eyal.berger@akerman.com

-and-

**PACHULSKI STANG ZIEHL & JONES LLP**[2]
Richard M. Pachulski (pro hac vice)
Ira D. Kharasch (pro hac vice)
Robert J. Feinstein (pro hac vice)
Teddy M. Kapur (pro hac vice)
Steven W. Golden (pro hac vice)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
T: (310) 277-6910 /F: (310) 201-0760
rpachulski@pszjlaw.com
ikharasch@pszjlaw.com
rfeinstein@pszjlaw.com
tkapur@pszjlaw.com
sgolden@pszjlaw.com

*Counsel to Monster Energy Company*

*AND*

**FENDER, BOLLING AND PAIVA, P.A.**

*/s/ G. Steven Fender*
G. Steven Fender, Esq.
Fla. Bar No. 060992
P.O. Box 1545

---

[2] Michael I. Goldberg hereby certifies that the undersigned attorneys are appearing *pro hac vice* in this matter pursuant to court orders in the main case, Case No. 22-17842-PDR, dated as follows: (i) Teddy M. Kapur, October 14, 2022 [ECF No. 103]; (ii) Robert J. Feinstein, October 17, 2022 [ECF No. 133]; (iii) Steven Golden, October 17, 2022 [ECF No. 134]; (iv) Richard M. Pachulski, October 18, 2022 [ECF No. 158] ; and (v) Ira D. Kharasch, October 18, 2022 [ECF No. 159].

69273263;1

        Ft. Lauderdale, FL 33302
        T: (407) 810-2458
        steven.fender@fender-law.com

        -and-

        **KTBS LAW LLP**[3]
        Thomas E. Patterson, Esq. (pro hac vice)
        Nir Maoz (pro hac vice)
        1801 Century Park East
        Twenty Sixth Floor
        Los Angeles, CA 90067
        T: (310) 407-4000
        F: (310) 407-9090
        tpatterson@ktbslaw.com
        nmaoz@ktbslaw.com

        *Counsel to Orange Bang, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the forgoing was served via CM/ECF Notice of Electronic Filings to all parties registered to receive electronic noticing in this case on March 15, 2023.

        By: *s/ Michael I. Goldberg*

---

[3] G. Steven Fender hereby certifies that the undersigned attorneys are appearing pro hac vice in this matter pursuant to court orders in the main case, Case No. 22-17842-PDR, dated as follows: (i) Thomas E. Patterson, November 8, 2022 [ECF No. 269]; (ii) Nir Maoz, November 8, 2022 [ECF No. 270].

# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE:<br><br>VITAL PHARMACEUTICALS, INC., *et al.*,<br><br>                    Debtors. | Chapter 11 Case<br>Bankr. Case No. 22-17842 (PDR)<br>(Jointly Administered) |
| VITAL PHARMACEUTICALS, INC., and JHO INTELLECTUAL PROPERTY HOLDINGS, LLC,<br><br>                    Plaintiffs,<br>v.<br><br>ORANGE BANG, INC., and MONSTER ENERGY COMPANY,<br><br>                    Defendants. | Bankr. Adv. Pro. No 23-01031 (PDR) |

69267380;1

**ORDER GRANTING JOINT MOTION OF MONSTER ENERGY
COMPANY AND ORANGE BANG, INC. FOR CLARIFICATION
OF *ORDER SETTING BRIEFING SCHEDULE (ECF NO. 14)* (ECF NO. ___)**

THIS MATTER came before the Court for a hearing on March 16, 2023 at 2:30 p.m. on the *Joint Motion of Monster Energy Company and Orange Bang, Inc. for Clarification of Order Setting Briefing Schedule (ECF No. 14)* (ECF No. ___) (the "Motion") filed by Monster Energy Company ("Monster") and Orange Bang, Inc. ("Orange Bang" and together with Monster, the "Movants" or "Defendants"). The Court, having reviewed the Motion, having heard argument of the parties, and being otherwise fully advised in the premises, does hereby **ORDER** that:

1. The Motion is **GRANTED**.

2. The Court clarifies and interprets Paragraph 1 of the *Order Setting Briefing Schedule and Oral Argument on Plaintiff's Motion for Summary Judgment and Incorporated Memorandum of Law* (ECF No. 14), to permit Defendants, in lieu of filing separate responses, to file one joint, consolidated response to the Summary Judgment Motion which consolidated, joint response shall not exceed 40 pages in length, no later than March 17, 2023.

# # #

Submitted by:

Michael I. Goldberg, Esq.
Florida Bar No.: 886602
Email: michael.goldberg@akerman.com
AKERMAN LLP
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301-2999
Tel: 954-463-2700/Fax: 954-463-2224

*Attorney Goldberg is directed to serve a conformed copy of this order on all interested parties.*

69267380;1