

**ORDERED in the Southern District of Florida on March 15, 2023.**



Peter D. Russin, Judge
United States Bankruptcy Court

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

In Re:

Vital Pharmaceuticals, Inc., et al.,

    (Jointly Administered)

_____/

Vital Pharmaceuticals, Inc., et al.,
    Plaintiff(S)
V.
Orange Bang, Inc., et al.,
    Defendant(S)

_____/

Bankr. Case No. 22-17842-PDR

Chapter 11

Adv. Case No. 21-01381-PDR

### ORDER GRANTING IN PART
### JOINT MOTION FOR CLARIFICATION OF
### <u>ORDER SETTING BRIEFING SCHEDULE</u>

THIS MATTER came before the Court on the Joint Motion of Monster Energy Company and Orange Bang, Inc. for Clarification of Order Setting Briefing Schedule (Doc. 14) (Doc. 24) (the "Motion") filed by Monster Energy Company ("Monster") and Orange Bang, Inc. ("Orange Bang" and together with Monster, the "Movants" or "Defendants"). The Court, having reviewed the Motion, hereby **ORDERS:**

1. The Motion is **GRANTED IN PART**

2. Defendants may file a joint consolidated response to the Summary Judgment Motion which shall not exceed 37 pages in length.

3. In anticipation of a responsive motion by the Plaintiff, and in the interests of justice, the Plaintiff's reply to the joint consolidated response shall not exceed 18 pages in length.

4. The hearing on the Joint Motion set for March 16, 2023, is hereby cancelled.

### # # #

Copies to:
All parties in interest.