UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE:<br><br>VITAL PHARMACEUTICALS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11 Case<br>Bankr. Case No. 22-17842 (PDR)<br>(Jointly Administered) |
| VITAL PHARMACEUTICALS, INC., and JHO INTELLECTUAL PROPERTY HOLDINGS, LLC,<br><br>Plaintiffs,<br>v.<br><br>ORANGE BANG, INC., and MONSTER ENERGY COMPANY,<br>Defendants. | Bankr. Adv. Pro. No. 23-01031 (PDR) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of *Order Granting in Part Joint Motion for Clarification of Order Setting Briefing Schedule* [**ECF 27**] was served via CM/ECF Notice of Electronic Filings to those parties registered to receive electronic notices of filing in this case.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, EEC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicom Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

69151230;1

Dated: March 15, 2023　　　　　　　　**AKERMAN LLP**

　　　　　　　　　　　　　　　　　*/s/ Michael I. Goldberg*
　　　　　　　　　　　　　　　　　Michael I. Goldberg, Esq.
　　　　　　　　　　　　　　　　　Florida Bar No. 886602
　　　　　　　　　　　　　　　　　Eyal Berger, Esq.
　　　　　　　　　　　　　　　　　Florida Bar No. 11069
　　　　　　　　　　　　　　　　　201 East Las Olas Boulevard, Suite 1800
　　　　　　　　　　　　　　　　　Fort Lauderdale, FL 33301
　　　　　　　　　　　　　　　　　T: (954) 463-2700 /F: (954) 463-2224
　　　　　　　　　　　　　　　　　michael.goldberg@akerman.com
　　　　　　　　　　　　　　　　　eyal.berger@akerman.com

　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　**PACHULSKI STANG ZIEHL & JONES LLP**[2]
　　　　　　　　　　　　　　　　　Richard M. Pachulski (pro hac vice)
　　　　　　　　　　　　　　　　　Ira D. Kharasch (pro hac vice)
　　　　　　　　　　　　　　　　　Robert J. Feinstein (pro hac vice)
　　　　　　　　　　　　　　　　　Teddy M. Kapur (pro hac vice)
　　　　　　　　　　　　　　　　　Steven W. Golden (pro hac vice)
　　　　　　　　　　　　　　　　　10100 Santa Monica Blvd., 13th Floor
　　　　　　　　　　　　　　　　　Los Angeles, CA 90067-4003
　　　　　　　　　　　　　　　　　T: (310) 277-6910 /F: (310) 201-0760
　　　　　　　　　　　　　　　　　rpachulski@pszjlaw.com
　　　　　　　　　　　　　　　　　ikharasch@pszjlaw.com
　　　　　　　　　　　　　　　　　rfeinstein@pszjlaw.com
　　　　　　　　　　　　　　　　　tkapur@pszjlaw.com
　　　　　　　　　　　　　　　　　sgolden@pszjlaw.com

---

[2] Michael I. Goldberg hereby certifies that the undersigned attorneys are appearing *pro hac vice* in this matter pursuant to court orders dated as follows: (i) Teddy M. Kapur, October 14, 2022 [ECF 103]; (ii) Robert J. Feinstein, October 17, 2022 [ECF 133]; (iii) Steven Golden, October 17, 2022 [ECF No. 134]; (iv) Richard M. Pachulski, October 18, 2022 [ECF 158] ; and (v) Ira D. Kharasch, October 18, 2022 [ECF 159].

69151230;1