UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al*., | Case No. 22-17842 (PDR) |
| Debtors.¹ _____/ | (Jointly Administered) |
| VITAL PHARMACEUTICALS, INC., and JHO INTELLECTUAL PROPERTY HOLDINGS, LLC, | |
| Plaintiffs, | |
| v. | |
| ORANGE BANG, INC., and MONSTER ENERGY COMPANY, | Adv. Pro. No. 23-01031 (PDR) |
| Defendants. _____/ | |

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' JOINDER TO THE DEBTORS' MOTION FOR SUMMARY JUDGMENT AND INCORPORATED MEMORANDUM OF LAW**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 bankruptcy cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors-in-possession (the "Debtors"), by and through its undersigned counsel, hereby submits this joinder (the "Joinder") to the above-captioned plaintiffs' (the "Plaintiffs") *Motion for Summary Judgment and Incorporated Memorandum of Law* [Adv. Pro. Docket No. 2] (the "Motion"),

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

1

requesting that the Court enter an order granting summary judgment in favor of the Plaintiffs on Count I and II of Plaintiffs' complaint [Adv. Pro. Docket No. 1] (the "Complaint") filed in the adversary proceeding Case No. 23-01031-PDR (the "Adversary Proceeding") and grant such other further relief as is just and proper. In support of this Joinder, the Committee respectfully states as follows:

1. The Committee respectfully joins in the Plaintiffs' Motion.[2] As this Court is aware, the Committee is the fiduciary for all unsecured creditors and, accordingly, have a vested interest in the outcome of this adversary proceeding. The Committee supports Plaintiffs' position that the Continuing Fee Election[3] associated with the use of the Bang Mark is transferable to a third-party purchaser of the Debtors' assets without requiring any consent from Defendants, for the various reasons contained in the Plaintiffs' Motion.

2. For these reasons, the Committee respectfully requests the Court grant the Motion. The Committee reserves its right to modify or supplement this Joinder as necessary and appropriate.

Dated: March 17, 2023

**LOWENSTEIN SANDLER LLP**

Jeffrey L. Cohen, Esq.
Eric Chafetz, Esq.
Jordana L. Renert, Esq.
Lindsay H. Sklar, Esq.
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402
Email: jcohen@lowenstein.com
Email: echafetz@lowenstein.com

---

[2] The Plaintiffs and Orange Bang have consented to the Committee's participation in this Adversary Proceeding as a non-party intervenor. While Monster indicated its intention to consent to the Committee's participation, the parties were unable to reach a final agreement on such participation due to a disagreement on the number of pages the Committee needed for this Joinder.

[3] Capitalized terms not otherwise defined herein shall have their meaning as set forth in the Motion.

Email: jrenert@lowenstein.com
Email: lsklar@lowenstein.com
   -and-
Nicole Fulfree, Esq.
Arielle B. Adler, Esq.
Erica G. Mannix, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2502
Facsimile: (973) 597-2400
Email: nfulfree@lowenstein.com
Email: aadler@lowenstein.com
Email: emannix@lowenstein.com

**SEQUOR LAW, P.A.**
By: */s/ Leyza F. Blanco*
Leyza F. Blanco
Florida Bar No.: 104639
Fernando J. Menendez
Florida Bar No.: 0018167
Juan J. Mendoza
Florida Bar No.: 113587
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
Telephone: (305) 372-8282
Facsimile: (305) 372-8202
Email: lblanco@sequorlaw.com
Email: fmenendez@sequorlaw.com
Email: jmendoza@sequorlaw.com

*Counsel to the Official Committee of Unsecured Creditors*