UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No. 22-17842 (PDR) (Jointly Administered) |
| Debtors.[1] | |
| _____/ | |
| VITAL PHARMACEUTICALS, INC., and JHO INTELLECTUAL PROPERTY HOLDINGS, LLC, | |
| Plaintiffs, | |
| v. | |
| ORANGE BANG, INC., and MONSTER ENERGY COMPANY, | Adv. Pro. No. 23-01031 (PDR) |
| Defendants. | |
| _____/ | |

**STIPULATION OF CONSENT REGARDING INTERVENTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AS A NON-PARTY IN THIS ADVERSARY PROCEEDING**

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

WHEREAS, on February 17, 2023, debtors Vital Pharmaceuticals, Inc. and JHO Intellectual Property Holdings, LLC (collectively, the "Plaintiffs") in the above-captioned chapter 11 cases, initiated the above-captioned adversary proceeding (the "Adversary Proceeding") against Monster Energy Company and Orange Bang, Inc. (together, the "Defendants") seeking, among other things, a declaratory judgment concerning whether Defendants have a consent right in connection with the pending section 363 sale process related to the transfer of Plaintiffs' interest in the "Bang" trademark and the related royalty payment;

WHEREAS, contemporaneously with the filing of the Complaint [Adv. Pro. Docket No. 1] in the Adversary Proceeding, the Plaintiffs filed the *Motion for Summary Judgment and Incorporated Memorandum of Law* [Adv. Pro. Docket No. 2] (the "Summary Judgment Motion");

WHEREAS, on February 28, 2023, the Court entered the *Order Setting Briefing Schedule and Oral Argument on Plaintiff's Motion for Summary Judgment and Incorporated Memorandum of Law* [Adv. Pro. Docket No. 14], scheduling, among other things, the hearing on the Summary Judgment Motion for March 29, 2023 at 10:00 a.m. ET.

WHEREAS, on March 7, 2023, the Defendants filed the *Joint Motion of Monster Energy Company and Orange Bang, Inc. for Entry of an Order Pursuant to 28 U.S.C. §§ 157(d) and 1412 and Bankruptcy Rule 5011(a) Withdrawing the Reference and Transferring Venue of Adversary Proceeding to Central District of California* [Adv. Pro. Docket No. 17] (the "Withdraw Reference Motion").

WHEREAS, contemporaneously with the filing of the Withdraw Reference Motion, the Defendants filed the *Emergency Joint Motion of Monster Energy Company and Orange Bang, Inc. for Stay of Adversary Proceeding or Continuance of Hearing on Motion for Summary Judgment*

*Pending Decision on Motion to Withdraw Reference and Transfer* [Adv. Pro. Docket No. 18] (the "Stay Motion").

WHEREAS, on March 7, 2023, the Court entered the *Order Setting Briefing Schedule and Hearing on Motion to Stay* [Adv. Pro. Docket No. 19], scheduling, among other things, the hearing on the Stay Motion for March 22, 2023 at 10:00 a.m. ET.

WHEREAS, the Official Committee of Unsecured Creditors (the "Committee") conferred with the Plaintiffs and Defendants (collectively, with the Committee, the "Parties") and the Parties agreed to the Committee's intervention in the Adversary Proceeding as a non-party, and therefore:

IT IS HEREBY STIPULATED AND AGREED by and between the Parties, subject to the approval of the Court which the Parties agree to jointly seek, that:

1. The Committee may intervene in the Adversary Proceeding as a non-party.

2. The Committee may, in its discretion, file a joinder no longer than three pages to the Plaintiffs' Summary Judgment Motion by no later than March 24, 2023, but shall not file any other responsive pleading.

3. The Defendants' consent to the Committee's intervention in the Adversary Proceeding shall not constitute consent for the Committee to participate, nor shall it constitute precedent for such consent that the Committee can participate as a non-party, in any subsequent appellate proceedings before the District Court.

4. The Parties reserve all of their respective rights in connection with any subsequent District Court proceeding.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

<div style="column-count:2">

Dated: March 20, 2023

Stipulated and agreed to by:

*/s/Jordi Guso*
Jordi Guso
**BERGER SINGERMAN LLP**
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Email: jguso@bergersingerman.com

– and –

Hugh Murtagh (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: hugh.murtagh@lw.com

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Email: andrew.sorkin@lw.com

– and –

Amy C. Quartarolo (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
355 S. Grand Avenue, Suite 1000
Los Angeles, CA 90071-1560
Telephone: (213) 485-1234
Email: amy.quartarolo@lw.com

*Co-Counsel for Debtors*

Dated: March 20, 2023

Stipulated and agreed to by:

*/s/ Leyza F. Blanco*
Leyza F. Blanco
**SEQUOR LAW, P.A.**
Florida Bar No.: 104639
Juan J. Mendoza
Florida Bar No.: 113587
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
Telephone: (305) 372-8282
Facsimile: (305) 372-8202
Email: lblanco@sequorlaw.com
Email: fmenendez@sequorlaw.com
Email: jmendoza@sequorlaw.com

– and –

Jeffrey Cohen
**LOWENSTEIN SANDLER LLP**
Eric Chafetz
Jordana L. Renert
Lindsay H. Sklar
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402
Email: jcohen@lowenstein.com
Email: echafetz@lowenstein.com
Email: jrenert@lowenstein.com
Email: lsklar@lowenstein.com
-and-
Nicole Fulfree
Erica G. Mannix
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2502
Facsimile: (973) 597-2400
Email: nfulfree@lowenstein.com
Email: emannix@lowenstein.com

*Counsel to the Official Committee of Unsecured Creditors*

</div>

4

Dated: March 20, 2023

Stipulated and agreed to by:

*/s/Michael I. Goldberg*
Michael I. Goldberg
**AKERMAN LLP**
Florida Bar No. 886602
Eyal Berge
Florida Bar No. 11069
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301
T: (954) 463-2700
F: (954) 463-2224
michael.goldberg@akerman.com
eyal.berger@akerman.com

– and –

Robert J. Feinstein
**PACHULSKI STANG ZIEHL & JONES LLP**
Richard M. Pachulski
Ira D. Kharasch
Teddy M. Kapur
Steven W. Golden
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
T: (310) 277-6910
F: (310) 201-0760
rpachulski@pszjlaw.com
ikharasch@pszjlaw.com
rfeinstein@pszjlaw.com
tkapur@pszjlaw.com
sgolden@pszjlaw.com

*Counsel to Monster Energy Company*

Dated: March 20, 2023

Stipulated and agreed to by:

*/s/ Steven Fender*
G. Steven Fender
**FENDER, BOLLING AND PAIVA, P.A.**
Fla. Bar No. 060992
P.O. Box 1545
Ft. Lauderdale, FL 33302
T: (407) 810-2458
steven.fender@fender-law.com

– and –

Thomas E. Patterson
**KTBS LAW LLP**
Nir Maoz
1801 Century Park East Twenty Sixth Floor
Los Angeles, CA 90067
T: (310) 407-4000
F: (310) 407-9090
tpatterson@ktbslaw.com
nmaoz@ktbslaw.com

*Counsel to Orange Bang, Inc.*