CGFD71 (12/1/15)

# UNITED STATES BANKRUPTCY COURT
Southern District of Florida
www.flsb.uscourts.gov

**In re:** Vital Pharmaceuticals, Inc. et al v. Orange Bang, Inc. et al

**Adversary Case Number:** <u>23–01031–PDR</u>
(Related Bankruptcy Case Number:  22–17842–PDR )
County of Residence or Place of Business:  Fort Lauderdale
U.S. District Court Case Number:

# TRANSMITTAL TO DISTRICT COURT

- ☐ Appeal pursuant to 28 U.S.C. § 158, Notice of Appeal and Statement of Election filed on
- ☐ Motion for Leave to Appeal (copy of appeal attached)
- ☐ Request to Expedite Appeal attached.
- ☑ Motion to Withdraw Reference pursuant to Local Rule 5011–1(C):
    - ☐ Contested     ☑ Uncontested
- ☐ Withdrawal of Reference granted by U.S. District Court
- ☐ Report and Recommendation (Motion to Withdraw Reference)

### The Party or Parties Included in the Record to District Court:

**Appellant/Movant:** <u>Monster Energy Company, Orange Bang, Inc.</u>

**Attorney:** <u>Michael I Goldberg, Esq</u>

<u>201 E Las Olas Blvd #1800</u>
<u>Ft. Lauderdale, FL 33301</u>

**Attorney:**

**Appellee/Respondent:** <u>Vital Pharmaceuticals, Inc.,JHO Intellectual Property Holdings, LLC</u>

**Attorney:** <u>Jordi Guso, Esq.</u>

<u>1450 Brickell Ave #1900</u>
<u>Miami, FL 33131</u>

**Attorney:**

**Title and Date of Order Appealed**, if applicable:

**Entered on Docket Date:**    **Docket Number:**

- ☐ Designation in Appeal (See Attached)
- ☐ Designation in Cross Appeal (See Attached)
- ☑ Copy of Docket
- ☐ Exhibits:
- ☐ Copies of Transcript(s) of Hearing(s) on:
- ☐ Respondent's Answer and/or Movant's Reply
- ☑ Other: <u>Motion to Withdrawal of Reference DE #17</u>

**Dated:** <u>3/22/23</u>

**CLERK OF COURT**
By: <u>Lorenzo Rodriguez</u>
Deputy Clerk   (954) 769–5700