UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No.: 23-17842-PDR |
| Debtors.[1] | (Jointly Administered) |
| _____/ | |
| VITAL PHARMACEUTICALS, INC., and JHO INTELLECTUAL PROPERTY HOLDINGS, LLC, | |
| Plaintiffs, | Adv. Pro. No.: 23-01031-PDR |
| v. | |
| ORANGE BANG, INC. and MONSTER ENERGY COMPANY, | |
| Defendants. | |
| _____/ | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of each of the following:

**ORDER APPROVING STIPULATION OF CONSENT REGARDING INTERVENTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AS A NON-PARTY IN THIS ADVERSARY PROCEEDING [DE 35]**, dated March 21, 2023

was served on March 21, 2023 upon all interested parties registered to receive notice via this Court's CM/ECF electronic notification system.

Date:  March 22, 2023

Respectfully submitted,
SEQUOR LAW
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
lblanco@sequorlaw.com
jmendoza@sequorlaw.com

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

SEQUOR LAW, P.A.

Telephone: (305) 372-8282
Facsimile: (305) 372-8202

By: ___/s/ Leyza F. Blanco___
 Leyza F. Blanco
 Florida Bar No.: 104639
 Juan J. Mendoza
 Florida Bar No.: 113587

**23-01031-PDR Notice will be electronically mailed to:**

Leyza F. Blanco, Esq. on behalf of Interested Party The Official Committee of Unsecured Creditors
lblanco@sequorlaw.com, jdiaz@sequorlaw.com

G Steven Fender on behalf of Defendant Orange Bang, Inc.
steven.fender@fender-law.com, simone@fenderbollingpaiva.com

Michael I Goldberg, Esq on behalf of Defendant Monster Energy Company
michael.goldberg@akerman.com, charlene.cerda@akerman.com

Jordi Guso, Esq. on behalf of Plaintiff JHO Intellectual Property Holdings, LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Plaintiff Vital Pharmaceuticals, Inc.
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Nir Maoz on behalf of Defendant Orange Bang, Inc.
nmaoz@ktbslaw.com

Michael Jordan Niles on behalf of Plaintiff JHO Intellectual Property Holdings, LLC
mniles@bergersingerman.com,
efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com

Michael Jordan Niles on behalf of Plaintiff Vital Pharmaceuticals, Inc.
mniles@bergersingerman.com,
efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com