

**ORDERED in the Southern District of Florida on March 27, 2023.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No.: 22-17842-PDR |
| Debtors.[1] _____ / | (Jointly Administered) |
| VITAL PHARMACEUTICALS, INC. and JHO INTELLECTUAL PROPERTY HOLDINGS, LLC, | |
| Plaintiffs, | Adv. Pro. No. 23-01031-PDR |
| v. | |
| ORANGE BANG, INC., and MONSTER ENERGY COMPANY, | |
| Defendants. _____ / | |

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019) (collectively, the "Debtors").

12026192-1

## ORDER DENYING EMERGENCY JOINT MOTION OF MONSTER ENERGY COMPANY AND ORANGE BANK, INC. FOR STAY OF ADVERSARY PROCEEDING OR CONTINUANCE OF HEARING ON MOTION FOR SUMMARY JUDGMENT PENDING DECISION OF MOTION TO WITHDRAW REFERENCE AND TRANSFER [ECF No. 18]

**THIS MATTER** came before the Court on March 22, 2023, at 2:30 p.m. and on March 23, 2023, at 2:30 p.m. in Fort Lauderdale, Florida, (the "Hearing") upon the *Emergency Joint Motion of Monster Energy Company and Orange Bank, Inc. For stay of Adversary Proceeding or Continuance of Hearing on Motion for Summary Judgment Pending Decision of Motion to Withdraw Reference and Transfer* [ECF. No. 18] filed by Monster Energy Company ("Monster") and Orange Bang, Inc. ("Orange Bang") (the "Motion"). The Court, having considered, *Plaintiffs' Opposition to Emergency Joint Motion of Monster Energy Company and Orange Bang, Inc., For Stay of Adversary Proceeding or Continuance of Hearing on Motion for Summary Judgment Pending Decision on Motion to Withdraw Reference and Transfer* [ECF No. 29]; and the *Reply to Plaintiffs' Opposition to Emergency Joint Motion Of Monster Energy Company and Orange Bang, Inc., For Stay of Adversary Proceeding or Continuance of Hearing on Motion for Summary Judgment Pending Decision on Motion to Withdraw Reference and Transfer* [ECF No. 33] filed by Monster and Orange Bang, the argument of counsel for the Plaintiffs, counsel for Monster and Orange Bang, and for the reasons stated on the record at the Hearing, it is

**ORDERED** that:

1. The Motion is **DENIED**.

2. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

# # #

12026192-1

3

<u>Submitted by</u>:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

3

12026192-1