CGFD71 (12/1/15)

# UNITED STATES BANKRUPTCY COURT
Southern District of Florida
www.flsb.uscourts.gov

**In re:** Vital Pharmaceuticals, Inc. et al v. Orange Bang, Inc. et al

**Adversary Case Number:** 23–01031–PDR
(Related Bankruptcy Case Number: 22–17842–PDR )
County of Residence or Place of Business: Fort Lauderdale
U.S. District Court Case Number:

## TRANSMITTAL TO DISTRICT COURT

- ☐ Appeal pursuant to 28 U.S.C. § 158, Notice of Appeal and Statement of Election filed on
- ☐ Motion for Leave to Appeal (copy of appeal attached)
- ☐ Request to Expedite Appeal attached.
- ☑ Motion to Withdraw Reference pursuant to Local Rule 5011–1(C):
  - ☑ Contested   ☐ Uncontested
- ☐ Withdrawal of Reference granted by U.S. District Court
- ☐ Report and Recommendation (Motion to Withdraw Reference)

### The Party or Parties Included in the Record to District Court:

**Appellant/Movant:** Monster Energy Company, Orange Bang, Inc.

**Attorney:** Michael I Goldberg, Esq
201 E Las Olas Blvd #1800
Ft. Lauderdale, FL 33301

**Attorney:**

**Appellee/Respondent:** Vital Pharmaceuticals, Inc.,JHO Intellectual Property Holdings, LLC

**Attorney:** Jordi Guso, Esq.
1450 Brickell Ave #1900
Miami, FL 33131

**Attorney:**

**Title and Date of Order Appealed**, if applicable:

**Entered on Docket Date:**   **Docket Number:**

- ☐ Designation in Appeal (See Attached)
- ☐ Designation in Cross Appeal (See Attached)
- ☑ Copy of Docket
- ☐ Exhibits:
- ☐ Copies of Transcript(s) of Hearing(s) on:
- ☐ Respondent's Answer and/or Movant's Reply
- ☑ Other: Motion DE #17, DE 11 Designated but is a SEALED document and not Transmitted.

**Dated:** 3/28/23

**CLERK OF COURT**
By: Lorenzo Rodriguez
Deputy Clerk   (954) 769–5700