# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 23-60599CIV-SMITH

VITAL PHARMACEUTICALS, INC., *et al.*,

      Plaintiffs,                         Bankr. Adv. Pro. No 23-01031 (PDR)

v.

ORANGE BANG, INC., *et al.*,

      Defendants.

_____/

### ORDER GRANTING DEFENDANTS' EMERGENCY
### JOINT MOTION TO STAY ADVERSARY PROCEEDING

THIS MATTER came before the Court on Defendants Orange Bang, Inc. and Monster Energy Company's Emergency Joint Motion for Stay of Adversary Proceeding or Continuance of Hearing on Motion for Summary Judgment Pending Decision on Motion to Withdraw Reference and Transfer [DE 5] (the "Motion") and Plaintiffs' Response in Opposition. Accordingly, it is

**ORDERED** that:

1. Defendants' Emergency Joint Motion for Stay of Adversary Proceeding or Continuance of Hearing on Motion for Summary Judgment Pending Decision on Motion to Withdraw Reference and Transfer [DE 5] is **GRANTED**.

2. This adversary proceeding is **STAYED** pending the final adjudication of the Motion to Withdraw Reference and Transfer.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this 28th day of March 2023.

_____

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of record