United States Bankruptcy Court

Southern District of Florida

Vital Pharmaceuticals, Inc.,
    Plaintiff

Adv. Proc. No. 23-01031-PDR

Orange Bang, Inc.,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 27, 2023 | Form ID: pdf004 | Total Noticed: 15 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| ust | | Karina Montalvo, DOJ-Ust, 500 Tanca Street Ochoa Building, Suite 301, San Juan, PR 00901 |
| ust | + | Roslyn Tompkins, DOJ-Ust, 75 Ted Turner Dr, SW, Ste 362, Atlanta, GA 30303-3330 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion21.tp.ecf@usdoj.gov | Mar 27 2023 22:43:00 | Guy Van Baalen, DOJ-Ust, 501 E. Polk Street, Tampa, FL 33602-3949 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Mar 27 2023 22:43:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| ust | + | Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Mar 27 2023 22:43:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 27 2023 22:43:00 | U.S. Trustee., US Dept of Justice, Office of the US Trustee, One Newark Center Ste 2100, Newark, NJ 07102-5235 |
| ust | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Mar 27 2023 22:43:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-7016 |
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Mar 27 2023 22:43:00 | United States Trustee (cabrera), Office of the United States Trustee, 75 Ted Turner Dr., Suite 362, Atlanta, GA 30303-3330 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Mar 27 2023 22:43:00 | United States Trustee (davis), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Mar 27 2023 22:43:00 | United States Trustee - (ennever), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustpregion21.tp.ecf@usdoj.gov | Mar 27 2023 22:43:00 | United States Trustee - FTM7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Mar 27 2023 22:43:00 | United States Trustee - JAX 13/7, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Mar 27 2023 22:43:00 | United States Trustee - ORL, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |

District/off: 113C-0     User: admin     Page 2 of 3
Date Rcvd: Mar 27, 2023     Form ID: pdf004     Total Noticed: 15

| | | | | |
|---|---|---|---|---|
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Mar 27 2023 22:43:00 | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustpregion21.tp.ecf@usdoj.gov | Mar 27 2023 22:43:00 | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | *+ | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| G Steven Fender | on behalf of Defendant Orange Bang Inc. steven.fender@fender-law.com, simone@fenderbollingpaiva.com |
| Jordi Guso, Esq. | on behalf of Plaintiff JHO Intellectual Property Holdings LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Plaintiff Vital Pharmaceuticals Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Leyza F. Blanco, Esq. | on behalf of Interested Party The Official Committee of Unsecured Creditors lblanco@sequorlaw.com jdiaz@sequorlaw.com |
| Michael I Goldberg, Esq | on behalf of Defendant Monster Energy Company michael.goldberg@akerman.com charlene.cerda@akerman.com |
| Michael Jordan Niles | on behalf of Plaintiff Vital Pharmaceuticals Inc. mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com |
| Michael Jordan Niles | on behalf of Plaintiff JHO Intellectual Property Holdings LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com |
| Nir Maoz | on behalf of Defendant Orange Bang Inc. nmaoz@ktbslaw.com |

District/off: 113C-0 User: admin Page 3 of 3
Date Rcvd: Mar 27, 2023 Form ID: pdf004 Total Noticed: 15
TOTAL: 8



**ORDERED in the Southern District of Florida on March 27, 2023.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al*., | Case No.: 22-17842-PDR |
| Debtors.[1] _____ / | (Jointly Administered) |
| VITAL PHARMACEUTICALS, INC. and JHO INTELLECTUAL PROPERTY HOLDINGS, LLC, | |
| Plaintiffs, | Adv. Pro. No. 23-01031-PDR |
| v. | |
| ORANGE BANG, INC., and MONSTER ENERGY COMPANY, | |
| Defendants. _____ / | |

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019) (collectively, the "Debtors").

12026192-1

**ORDER DENYING EMERGENCY JOINT MOTION OF MONSTER ENERGY COMPANY AND ORANGE BANK, INC. FOR STAY OF ADVERSARY PROCEEDING OR CONTINUANCE OF HEARING ON MOTION FOR SUMMARY JUDGMENT PENDING DECISION OF MOTION TO WITHDRAW REFERENCE AND TRANSFER**
**[ECF No. 18]**

**THIS MATTER** came before the Court on March 22, 2023, at 2:30 p.m. and on March 23, 2023, at 2:30 p.m. in Fort Lauderdale, Florida, (the "Hearing") upon the *Emergency Joint Motion of Monster Energy Company and Orange Bank, Inc. For stay of Adversary Proceeding or Continuance of Hearing on Motion for Summary Judgment Pending Decision of Motion to Withdraw Reference and Transfer* [ECF. No. 18] filed by Monster Energy Company ("Monster") and Orange Bang, Inc. ("Orange Bang") (the "Motion"). The Court, having considered, *Plaintiffs' Opposition to Emergency Joint Motion of Monster Energy Company and Orange Bang, Inc., For Stay of Adversary Proceeding or Continuance of Hearing on Motion for Summary Judgment Pending Decision on Motion to Withdraw Reference and Transfer* [ECF No. 29]; and the *Reply to Plaintiffs' Opposition to Emergency Joint Motion Of Monster Energy Company and Orange Bang, Inc., For Stay of Adversary Proceeding or Continuance of Hearing on Motion for Summary Judgment Pending Decision on Motion to Withdraw Reference and Transfer* [ECF No. 33] filed by Monster and Orange Bang, the argument of counsel for the Plaintiffs, counsel for Monster and Orange Bang, and for the reasons stated on the record at the Hearing, it is

**ORDERED** that:

1. The Motion is **DENIED**.

2. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

# # #

12026192-1

<u>Submitted by</u>:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

3

12026192-1