UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60599-CIV-SMITH

VITAL PHARMACEUTICALS, INC., *et al.*,

    Plaintiffs,                                      Bankr. Adv. Pro. No 23-01031 (PDR)

v.

ORANGE BANG, INC., *et al.*,

    Defendants.

_____/

**ORDER GRANTING DEFENDANTS' MOTION FOR ENTRY OF AN ORDER
WITHDRAWING REFERENCE AND TRANSFERRING VENUE OF ADVERSARY
PROCEEDING TO CENTRAL DISTRICT OF CALIFORNIA**

This matter is before the Court on Defendants' Joint Motion for Entry of An Order Pursuant to 28 U.S.C. §§ 157(d) and 1412 and Bankruptcy Rule 5011(a) Withdrawing the Reference and Transferring Venue of Adversary Proceeding to Central District of California ("Motion") [DE 1]. Plaintiffs filed no Response in Opposition.

The Eleventh Circuit has stated that a "party's failure to respond to any portion or claim in a motion indicates such portion, claim or defense is unopposed." *Jones v. Bank of Am., N.A.*, 564 F. App'x 432, 434 (11th Cir. 2014) (quoting *Kramer v. Gwinnett Cnty., Ga.,* 306 F. Supp. 2d 1219, 1221 (N.D. Ga. 2004)). Further, "[w]hen a party fails to respond to an argument or otherwise address a claim, the Court deems such argument or claim abandoned." *Jones*, 564 F. App'x at 434 (quoting *Hudson v. Norfolk S. Ry. Co.,* 209 F. Supp. 2d 1301, 1324 (N.D. Ga. 2001)). Furthermore, under Local Rule 7.1(c)(1), failure to respond to a motion "may be deemed sufficient cause for granting the motion by default." After review and there being no objection, it is **ORDERED** that:

1. The Joint Motion for Entry of an Order Pursuant to 28 U.S.C. §§ 157(d) and 1412 and Bankruptcy Rule 5011(a) Withdrawing the Reference and Transferring Venue of Adversary Proceeding to Central District of California is **GRANTED**.

2. Pursuant to 28 U.S.C. §§ 157(d), the reference of the adversary proceeding is **WITHDRAWN**.

3. Pursuant to 28 U.S.C. § 1412, the Clerk is directed to **TRANSFER** the adversary proceeding pending under Bankr. Adv. Pro. No. 23-01031 (PDR) in the Southern District of Florida to the United States District Court for the Central District of California, for adjudication in connection with the related case, Vital Pharmaceuticals, Inc. v. Orange Bang, Inc., Case No. 5:20-cv-01464 (C.D. Cal.).

4. All pending motions are **DENIED** as moot.

5. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 17th day of May 2023.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    Counsel of record